**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-1517**

GABRIEL ISMAEL GUTIERREZ MEJIA,

        Petitioner,

     v.

WILLIAM P. BARR, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 22, 2020                     Decided:  November 10, 2020

Before AGEE, HARRIS, and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Gabriel Ismael Gutierrez Mejia, Petitioner Pro Se.  Allison Frayer, Lori B. Warlick, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gabriel Ismael Gutierrez Mejia, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's decision denying his application for deferral of removal under the Convention Against Torture. We have reviewed the administrative record and conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). We therefore deny the petition for review for the reasons stated by the Board. *In re Gutierrez Mejia* (B.I.A. Apr. 15, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
